IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3209-JLK**

**24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS**,

        Plaintiff,

v.

**MEGAN RODRIGUEZ-HOEPER,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

    Having resolved the matter of sanctions, the above captioned action is **DISMISSED WITHOUT PREJUDICE**.

    Dated this 9th day of January, 2013.

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  John L. Kane, Senior Judge
                                  United States District Court